HONORABLE JUDGE RICARDO S. MARTINEZ

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN ARAGON LERMA,<br><br>    Defendant | Case No.: 2:24-cr-00045<br><br>ORDER CONTINUING TRIAL |

This matter comes before the Court on Mr. Lerma's motion to continue the trial in this case, and to set a new pretrial motion cutoff consistent with the new trial date. Having considered the motion and all the files and records herein, the Court finds and rules as follows:

The facts supporting continuing the trial and excluding the consequent delay are set forth in the Motion to Continue, incorporated by this reference, and

ORDER CONTINUING TRIAL - 1

THE SMITH LAW
4301 NE 4th St. PO Box 2767.
Renton, WA 98059
sade@thesmithlaw.com
(206) 715-4248
Fax: (250) 900-2664

include the following: (a) the amount of discovery recently disclosed; (b) the significant sentence faced by the defendant as currently charged, (c) the fact discovery is still outstanding, and (d) the need for defense counsel to have an appropriate period to review discovery, consult with their client with the language barrier, negotiate with the government, and prepare a defense, and (e) Mr. Lerma has waived his right to a speedy trial.

THE COURT THEREFORE FINDS Pursuant to 18 U.S.C Sections 3161(h)(7)(B) (iv), based on the facts above, a continuance is necessary because a continuance is necessary because "(iv), failure to grant a continuance…would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

THIS COURT THEREFORE FINDS, in light of the factors above, it is unlikely that the parties can be reasonably ready to try this matter before September 9, 2024.

THIS COURT FURTHER FINDS that all the additional time requested between the current trial date of May 13, 2024, and the new trial date is

ORDER CONTINUING TRIAL - 2

**THE SMITH LAW**
4301 NE 4th St. PO Box 2767
Renton, WA 98059
sade@thesmithlaw.com
(206) 715-4248
Fax: (250) 900-2664

necessary to provide counsel for the defendant the reasonable time necessary to effectively represent Mr. Lerma, including preparing for trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date in this matter will be continued until September 9, 2024.

IT IS HEREBY ORDERED, that pretrial motions will be filed no later than July 18, 2024.

IT IS FURTHER ORDERED that the time between this date and the new trial date is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

DATED this 3rd day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Sade' A. Smith*
Sade' A. Smith
WSBA #44867
Attorney for Mr. Lerma

ORDER CONTINUING TRIAL - 3

THE SMITH LAW
4301 NE 4th St. PO Box 2767
Renton, WA 98059
sade@thesmithlaw.com
(206) 715-4248
Fax: (250) 900-2664